**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

SHAWN BURKE,

               Respondent

          v.

KRISTI TRUESDELL,

               Petitioner

: No. 152 WAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal and the "Application for Relief or Leave to file Application for Relief" are **DENIED**.